# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 09-00139-01-CR-W-DGK |
| ) | |
| ROBERT E. GREEN, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court are Defendant's Motion to Suppress (Doc. 48), the Government's response (Doc. 55), and United States Magistrate Judge John T. Maughmer's Report and Recommendation (Doc. 65). The Court has also reviewed the transcript and exhibits from the hearing (Doc. 62).

After carefully reviewing the Magistrate's report and conducting an independent review of the record and applicable law, the Court hereby ORDERS that Magistrate Judge Maughmer's Report and Recommendation be ADOPTED. Defendant's Motion to Suppress Evidence (Doc. 48) is hereby DENIED.

**IT IS SO ORDERED**

Date: January 4, 2011            /s/ Greg Kays
                                 GREG KAYS, JUDGE
                                 UNITED STATES DISTRICT COURT