## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.    4:09-CR-00139-01- DGK |
| | ) | |
| ROBERT E. GREEN, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION CONCERNING
## DEFENDANT'S COMPETENCY

On June 23, 2017, Defendant was ordered to undergo a competency evaluation. Defendant was examined by Jeremiah Dwyer, Ph.D., who prepared a report dated January 10, 2018.   It is the opinion of Dr. Dwyer that Defendant is incompetent to understand the nature and consequence of the proceedings against him and to assist properly in his defense.   Defendant and the Government stipulated to the report of Dr. Dwyer.   A competency hearing was held before United States Magistrate Judge John Maughmer on February 14, 2018.

On February 14, 2018, Judge Maughmer entered a "Report and Recommendation," recommending that Defendant be found incompetent to proceed.   No objections were filed by the parties.   Therefore, after making an independent, de novo review of the record and applicable law, it is

ORDERED that the "Report and Recommendation" of Judge Maughmer is adopted in its entirety.   This Court finds that Defendant is incompetent, in that he is presently suffering from a mental disease or defect rendering him unable to understand the nature and consequences of the proceedings against him or properly assist in his defense.   It is further

ORDERED that Defendant is committed to the custody of the Attorney General pursuant to 18 U.S.C. § 4241(d) for hospitalization and treatment in a suitable facility for a reasonable time up to 120 days to determine whether there is a substantial probability that in the foreseeable future, Defendant will attain the capacity to permit the trial to proceed.

**IT IS SO ORDERED.**

Date:  May 1, 2018                                  /s/ Greg Kays                        
                                                                GREG KAYS, CHIEF JUDGE
                                                                UNITED STATES DISTRICT COURT