**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:09-cr-00139-DGK |
| | ) | |
| ROBERT E. GREEN, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND FINDING THE DEFENDANT COMPETENT

On January 23, 2019, United States Magistrate Judge John T. Maughmer issued his Report and Recommendation (Doc. 156) recommending that the Court find that the defendant's competence has been restored and that he is competent to understand the nature and consequences of the proceedings against him and to assist properly in his defense. The parties have stated that they do not object to the Report and Recommendation. 28 U.S.C. § 636(b)(1)(C); Local Rule 74.1(a)(2). After reviewing the Magistrate's report and conducting an independent review of the record and applicable law, the Court hereby adopts Magistrate Judge Maughmer's Report and Recommendation and finds the defendant competent.

**IT IS SO ORDERED.**

Date: <u>February 4, 2019</u>    <u>/s/ Greg Kays</u>
GREG KAYS, JUDGE
UNITED STATES DISTRICT COURT